UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDELL ELAM,<br><br>    Plaintiff,<br><br>v.<br><br>ALLIANCEONE RECEIVABLES MANAGEMENT, INC.,<br><br>    Defendant. | Case No. 19-cv-01861-SK<br><br>**ORDER VACATING DEFAULT AND ENTERING CONDITIONAL DISMISSAL**<br><br>Regarding Docket Nos. 16, 17 |

On August 7, 2019, the parties filed a joint request to vacate the entry of default which had been entered against Defendant AllianceOne Receivables Management, Inc., as well as a notice of settlement. The Court HEREBY GRANTS the request to VACATE the entry of default.

Moreover, in light of the notice of settlement, the Court HEREBY ORDERS that this action is DISMISSED without prejudice; provided, however that if any party hereto shall certify to this Court within ninety days, with proof of service, that the agreed consideration for settlement has not been delivered over, the foregoing order shall stand vacated and this case shall be restored to the calendar and set for trial. If no certification is filed, after passage of ninety days, the dismissal shall be with prejudice.

**IT IS SO ORDERED**.

Dated: August 8, 2019

_____
SALLIE KIM
United States Magistrate Judge